Order entered January 20, 2017



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00285-CV

### IN THE INTEREST OF C.F.M. AND B.C.M., CHILDREN

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-09-02559**

## ORDER

Before the Court is appellant's January 18, 2017 motion for extension of time to file appellant's brief. We **GRANT** the motion to the extent that we **ORDER** the brief tendered to this Court by appellant on January 19, 2017 filed as of the date of this order.

/s/    CRAIG STODDART
        JUSTICE